IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NICLAS WÄSCHLE, deceased, by and through his personal representative, PATRICIA BIRKHOLD-WÄSCHLE, as Personal Representative of the Estate of Niclas Wäschle; PATRICIA BIRKHOLD-WÄSCHLE, individually; RAIMUND WÄSCHLE, individually; and PHILIP WÄSCHLE, individually,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WINTER SPORTS, INC. dba WHITEFISH MOUNTAIN RESORT, a Montana corporation; WORLD EXPERIENCE dba WORLD EXPERIENCE TEENAGE STUDENT EXCHANGE; FRED VANHORN; LYNNE VANHORN; and JOHN DOES 1-10,<br><br>        Defendants. | CV 13–309–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal of Defendant World Experience d/b/a World Experience Teenage Student Exchange pursuant to Rule 41(a),

-1-

IT IS ORDERED that all claims asserted in the above-captioned matter by Plaintiffs against Defendant World Experience d/b/a World Experience Teenage Student Exchange are DISMISSED WITH PREJUDICE, and that each of these parties shall bear their own costs and attorney's fees.

DATED this 10th day of August, 2015.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT